**STATE v. VAUGHN**

[366 N.C. 375 (2012)]

| STATE OF NORTH CAROLINA | ) | |
| | ) | |
| v. | -) | From Wake County |
| | ) | |
| LATARA DESHEA HURST | ) | |

No. 237P12

## ORDER

The State's petition for discretionary review in this matter is allowed for the limited purpose of remanding to the Court of Appeals for reconsideration in light of this Court's decision in *State v. Oates* (No. 397PA11, filed 5 October 2012). The stay of the mandate entered 4 June 2012 in this appeal is dissolved, and the writ of supersedeas filed by the State is denied.

By Order of this Court in Conference, this 5th day of October, 2012.

s/Hudson, J.
For the Court